UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 1791 FOURTH STREET, THOROFARE, NEW JERSEY 08086 | Mag. No.  19-mj-1018 (AMD)<br><br>**UNSEALING ORDER** |

This matter having come before the Court upon the application of the United States of America, by Rachael A. Honig, the Acting United States Attorney for the District of New Jersey (Kristen M. Harberg, Assistant United States Attorney, appearing), for an order unsealing the affidavit, application in support of the search warrant, the resulting search warrant and all related documents filed in the above-captioned matter; and

IT IS on this  19th  day of March, 2021,

ORDERED that all papers related to the above-captioned matter, including the application, affidavit, and search warrant, are hereby unsealed.

_____
HONORABLE ANN MARIE DONIO
United States Magistrate Judge